AO 10
Rev. 1/2010

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2009

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Rakoff, Jed S. | 2. Court or Organization<br><br>U.S. District Court, S.D.N.Y. | 3. Date of Report<br><br>05/10/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge (active) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2009<br>to<br>12/31/2009 |
| 7. Chambers or Office Address<br><br>1340 U.S. Courthouse<br>500 Pearl Street<br>New York, NY 10007 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Part-time lecturer in law | Columbia University Law School |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rakoff, Jed S. | 05/10/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2009 | Lecturer in law, Columbia Law School | $25,000.00 |
| 2. 2009 | Royalties from ALM Media, LLC | $14,613.74 |
| 3. 2009 | Royalties from Matthew Bender & Co., Inc. | $26.652.41 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2009 | Fordham Law School -- salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | MacArthur Foundation | January 6-10 | Santa Monica, CA | Speaker at conference | Transportation, lodging, food |
| 2. | Yale University | March 26-27 | New Haven, CT | Visiting speaker at classroom | Transportation |
| 3. | National Academy of Science | March 29-30 | Washington, DC | Committee on revising judges' manual on scientific evidence | Transportation, lodging, food |
| 4. | Fordham University | April 14-17 | Cambridge, UK | Speaker at conference | Transportation, lodging, food |
| 5. | MacArthur Foundation | May 26-30 | Santa Barbara, CA | Speaker at conference | Transportation, lodging, food |
| 6. | National Academy of Science | July 30-31 | Washington, DC | Committee on use of science in FBI's anthrax | Transportation, lodging, food |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Rakoff, Jed S. | 05/10/2010 |

|  |  |  |  | investigation |  |
| --- | --- | --- | --- | --- | --- |
| 7. | National Academy of Science | September 23-25 | Washington, DC | Committee on use of science in FBI's anthrax investigation | Transp.ortation, lodging, food |
| 8. | National Academy of Science | October 12-13 | Washington, DC | Committee on revising judges' manual on scientific evidence | Transportation, lodging, food |
| 9. | Federal Bar Council | October 23-24 | Lenox, MA | Speaker at conference | Transportation, lodging, food |
| 10. | National Academy of Science | November 9-11 | Washington, DC | Committee on revising judges' manual on scientific evidence | Transportation, lodging, food |
| 11. |  |  |  |  |  |

| Name of Person Reporting | Date of Report |
|---|---|
| Rakoff, Jed S. | 05/10/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✓ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Citibank | Short-term loans (checking overdraft accounts) | J |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rakoff, Jed S. | 05/10/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. WRC Interstate Associates (Greenwich, CT) | D | Distribution | | | Sold | 09/01/09 | J | A | Investor Services, LLC |
| 2. Fidelity Growth & Income Fund | A | Dividend | J | T | | | | | |
| 3. | | | | | | | | | |
| 4. | | | | | | | | | |
| 5. | | | | | | | | | |
| 6. | | | | | | | | | |
| 7. | | | | | | | | | |
| 8. | | | | | | | | | |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

1. Income Gain Codes   A -$1,000 or less   B -$1,000 - $2,500   C -$2,501 - $5,000   D -$5,001 - $15,000   E -$15,001 - $50,000
(See Columns B1 and D4)   F -$50,001 - $100,000   G -$100,001 - $1,000,000   H1 -$1,000,001 - $5,000,000   H2 -More than $5,000,000
2. Value Codes   J -$15,000 or less   K -$15,001 - $50,000   L -$50,001 - $100,000   M -$100,001 - $250,000
(See Columns C1 and D3)   N -$250,001 - $500,000   O -$500,001 - $1,000,000   P1 -$1,000,001 - $5,000,000   P2 -$5,000,001 - $25,000,000
   P3 -$25,000,001 - $50,000,000   P4 -More than $50,000,000
3. Value Method Codes   Q -Appraisal   R -Cost (Real Estate Only)   S -Assessment   T -Cash Market
(See Column C2)   U -Book Value   V -Other   W -Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Rakoff, Jed S. | 05/10/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544